Michael Anthoney

Name

Alled

PO Box 311  1737 US Hwy 54

Address  Eldorado KS. 67042

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Michael Anthony  Alled , Plaintiff

*(Full Name)*

V.

Social Media, Meta , Defendant (s)

Facebook Instagram twitter

CASE NO.  24-3057-JWL

_(To be supplied by the Clerk)_

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

A. JURISDICTION

1) Michael Anthony Alled , is a citizen of KANSAS

   _(Plaintiff)_                              _(State)_

who presently resides at PO Box 311  1713 US Hwy

   54                                .

_(Mailing address or place of confinement.)_

2) Defendant Facebook Meta  Mark Zuckerberg is a citizen of

   _(Name of first defendant)_

   Cal,  Menlo Park                , and is employed as

   _(City, State)_

Presidedt CEO of Facebook and Meta . At the time the

   _(Position and title, if any)_

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☐  No ☑. If your answer is "Yes", briefly explain:

_____

_____

3) Defendant ___InstAgram   Micheal Zuckenbn___ is a citizen of
(Name of second defendant)

___181 Freemont St SanFaAnCisco CA___, and is employed as
(City, state)

___Present And CeO___. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☒ . If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## B.  NATURE OF THE CASE

1) Briefly state the background of your case: Exposed to Illegal A.I. of Emitter
2019
(1) I started Hearing voices when Tablet programs was
put in Kansas-DOC (2) I was told this is the Entity
who games (3) Being call child molesten Homosexual
being told to kill myself. I was told by Mank
Zuckenby I won Entity won game. I Attempted
Suicide 2023. I start talking to Topek police Dept Tope
FBI About Social Media using human Induced psychosis in 2021
that Cause thought of Suicide in 2021. Before Capital Hill in
2024 Told Mank Zuckenberg to tell The Family of Suicide victim
He Apologize Nation wide on CNN Fox News N

Twitter
1355 Market St Downtown
San Fransico CA

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been

   violated and that the following facts form the basis for my allegations: (If necessary you

   may attach up to two additional pages (8h" x 11") to explain any allegation or to list

   additional supporting facts.)

A) (1) Count I: Admendment 14 California Company Fracbook
   twitter Instagram And Facebook By meta I reported
   the Act of Harassment to Topeka Tpd and FBI, in 2021
   And All staff and Inmates of travist Secretary of Corr. Incising

   (2) Supporting Facts: (Include all facts you consider important, including names of

   persons involved, places and dates. Describe exactly how each defendant is involved.

   State the facts clearly in your own words without citing legal authority or argument.):

   Side Writing FBI, USPS mail from Michael Allen to
   USA Today, Kansas city star, Topeka FBI, The 440
   Federal Building of Topeka, with Information of Social media
   Harassing Michael Allen With Illega A.I. Which is Emitter
   technology, Has Dead Tampen With in two states and two
   different post offices With Proof Evidence of Tampering.

B) (1) Count II: Harassment by Illegal A.I. of Emitter
   technology of Sound Beaming

   (2) Supporting Facts: Emitter technology can be
   lithe to human Frequency that cause human
   Induced psychosis. a wit. technology little
   Black Box technology ultra sound Beam Air technology
   That has Side Effect of Thought of Surcide Self harm
   If Not surcide the Illegal A.I. can lead to 3
   Human Death

C) (1) Count III: Stalking Bullying and Controling threw Company wifi And Frequency targeting with Illegal A.I

(2) Supporting Facts: Writing Topeka FBI About social media Sound Beaming since 2021 Capital hill in 2024 ON TV telling social media that these Company is Causing Suicide. Sound Beaming And Emit len technology is Illegal A.I. PDS Kansas City. Sent Tpd

Sent Tpd A notarized letter to send to Facebook in 2021

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: No

      Defendants: 

   b) Name of court and docket number  None

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  NO

   d) Issues raised  None

e) Approximate date of filing lawsuit _____ None _____

f) Approximate date of disposition _____ None _____

1) I have previously sought informal or formal relief from the appropriate administrative

officials regarding the acts complained of in Part C Yes ☑ No ☐ . If your answer is

"Yes", briefly describe how relief was sought and the results. If you answer is "No",

briefly explain why administrative relief was not sought.

I wrote Topeka Tpd. I wrote Topeka
FBI. KC mo FBI. I don't
Know why I didn't get help from Topeka
FBI Seak Help Since 2021 Informing Kansas City
Star USA Today News  Washington FBI to get Topeka's Help

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Compensation And Apology
FBI Stop social media from using
Illegal Artifical Intelligence. Im asking
to be took out of Kansas wifi and
Frequency and Social media wifi and Frequency

_____          Michael Allen   814-74
Signature of Attorney (if any)          Signature of Plaintiff   Seattle
                                                              WA.

_____

_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

Sun Dec 17 2023

1

I Michael Allen come in Sound mind
Body And Soul with Accusation of Harrassment
By A powerful Entity of Social media. Such As
Facebook meta and Instagram. Reaching out to Topeka
FBI about sound beaming. Which is An Artificial
Act of A creation of A Company or use of A
Company that use Frequency As A Base Actual.
Component to Build there Income Employement And
Advertisement that create Social Revenue, The
Internet, TV, And Apps Are All Evidence that
these Companies Are establish by Frequency. Major
phone And Cellphone Companies Are Branches of
the tree, that make the Family of Frequency Advertisement,
By Major technology Scientist who Inhance Discover
And create technology. Sound Beaming is A technology
of Emitter Which Are eject or sent out.

    Ive Told FBI that Emitter or Ejected.
That Informing Information of a truth. that is
the primary target that this is the tool
And creation Of Social media Meta Facebook
And Instagram or of A technology Scientist.
That has a Hid what is call human Induced
psychosis in Emitter technology. My Civil Suite
Will show that human Induced psychosis is
An Infraction on My life My lifestyle My Brain
My Privacy. I come to the Court With Diligent
hand work, Attentivness, And Investigative Facts

SUN Dec 17 2023

2

And structured Help of government Agencey of city And state to help Me Hit the target of the Harrasser. There Have Been Demonstration of what Emitter technology is a part of. An Artifical Intelligent of Sound Beaming An Art and creation that Include wifi. As the Product Name of Emitter technology. wifi has been Implicated in this Harrassment Civil claim. Fact: Emitter Am ejected, And is a part of Sound beaming. Fact: Sound beaming cant be link to Human Frequencey. Upon Investigation If Emitter Are Ejected And Be link to human Frequencey. Who's Emitter? the Emitter can target Person Places and thing. Emitter can Be Ejected into A Room, cause A Person who is targeted to hear voices and Noises. And that person can walk out that Room and Not hear Anything. So from Investigation the same Emitter in that Room Matches the human who has Become a victim of the sounds that was Beam to that Room, and the human that was Targeted is Now the same code As the Emitter code. So Now that Humans code is being put in all wifi by Hack tacktics of other unauthorised wifi. So the victim Me Michael Allen Will hear the Emitter code that Match Michael Allen As the put Both Emitter code And Human code in Hack wiki. Emitter technology Target Information sources. My Brain Has Been link to Emitter technology. I New to Report what I was going threw Because I spoke up

Sun Dec 17 2023

3

And Started to Communicate With Mental health
For A year And a half And Was told that I look
like A case of Bad luck. That Was the most hurt
Advice to be even given. I would Argue with the
Voices, And one day I was told to Sit My Bitch Ass
Down thats when I realized that I Was listening
to A Another Person, they call me a child molester
And call what I was going threw Entity WAR
games. Was told that the Entity WAR games is A
game that you Eather hurt somebody, get killed,
Committ Suicide, or we ruient your life. this went
on for Almost a year and a'half. I Finally came
to the realization that the voices I was Hearning
Was Making opinionated Intelligent Decision. I was
in Kansas Dept of corr, The Facility Hutchinson
corr. At the time I did Not know that the
tablet Program that Was Implemented Was
transmitting the Emitter that were link to me.
Not knowing that during this time I was being
cause to contemplate suicide, and half to be Admitted
to Suicide crisis twice in hutchinson corr. Facility.
I seek All fact of this claM of humad Ildued
psychusis that has been Ifradged on Me, Wich
violates My Andnonimity of My life My lifestyle
My Privacy and My mental Health. Sound beaming
An Antifical Intelligent that is being used by
Social media Companies Wich violates them Policey

Mon Dec 18 2023
9:35am 4

on stalking Bulling Controlling and Harrassment.
Once the Information was Investigated About
Sound Beaming And How Sound beaming Dont pick
the Victim, A human does. Make that Decision.
That Astablish Harrassment by choice. Then I
seek Help From the government Agency FBI.
To Astablish human Induced psychosis by Social media.
By Spying on Me threw Emitten technology and Artifical
Intelligent of A Technolgy scientist of a social media. the
Company of Facebook meta and Instagram, and twitter
And Amazon as a Conspiracy Rider By choice and An
Affiliation of Sound beaming the Emitten technology
With Instruction, that target human Frequency by
linking Emitten to the Human to spy, Control
bully, stalk, or Infultrate Information, And
can cause Mental Health issues. Sound beaming
An Artifical Intelligent that can And will
cause human Induced psychosis by link into
Human Frequency. Psychosis is cause in the mind
Meaning Sound beaming an Artifical Intelligent
target the Brain. Where Mental Health can
become Destroyed, or deteriorate By an overtime
exposen to a Intelligent Computer that control Emitten
where where the Human Induced psychosis is Ejected
to targeted. The Technology scientist of Social media
picks the Room, Building, group wifi and
Frequency where that the victim Dwell, live or stay.

Mon Dec 18 2023
10:10 am

5

There is a pattern that Michael Allen spoke
of in 2021 to Tpd of Topeka And to Frank
Carlson Federal Building then to Topeka FBI, Of
What was Being Said And done in the Antifical
Intelligent of Soundbeaming A creation of A
Technology Scientist in Social media. There was A
PBS Documentary showed By PBS Kansas City
of TAKN the Take over of twitten By Elon Musk
With Many Past Employee speaking About People
in frequency of them Company computer, Saying thing
that Michael Allen was saying to Tpd Wich is Topeka
Police Dept, Frank carlson Federal Building, And
to Topeka FBI. That Michael Allen Even Told
USA Today New. that the thing He had said
to Tpd Frank carlson Federal And Topeka FBI
was the Same thing That Twitten Employee of the
Past was saying in the twitten take over
Of Elon musk. The Employee by the Name
Wich was First part of his NAme Yola. explain
How He Heard people in Social media friquency
And wifi call out child molesten, Homosexual
Sexual Deviant And "God said". God Said is
An Influencing statement that motivate incourage And
can Inhance Belief, It also can Be leading
When used in Antifical Intelligent. Antifical is an
Art A creation it is Not a natural piece of
of the Human creation. Anything Antifical HAS

Mon Dec 18 2023
11:07am    6

to be policy Regulated id Companies, Decause
it can be A Hazard And A health Issue
to the Human on Human race. Antifical
Intelligent was And is Not in Social media
policy And Has Not been Informed As meanings
that it can Happen to give Social media
user And profile page Maker A choice to be apart
of Social media or Not. Why is the Employer
of Social Media id Antifical Intelligent, that
causes human Induced psychosis, Speaking, Defamation
to Victims, that are held hid And hanbered id
    them Companies Frequency Ads wifi's Antifical
Intelligent. Which A computer is the weapon of choice,
using Contral Emitter with instruction that target the
Victim Mental Health, to cause Break down of the
Mind. By Program statment Accusing the targeted
Victim of Accusation to harm the Reputation of
targeted person Michael Allen by libel And slander.
There Are Fact of Sound beaming An Antifical Intelligent.
That Michael Allen Me the plaintiff Have express
About Social media years Before this Affidavtt of oath
And truth. Seeking Refeat of the human Induced
psychosis. Saying the Same thing of A twitter
Former Imployee And A maine MASS shoot At
diffrent times Day And years. With out ever
Seeing or knowing the other Victims, who say
the Same exact thing of the Plaintiff of this civil
Suite.

Mon Dec 18 2023

7

And Of this Affidavit of oath And truth, Michael Allen
Ahn, seek Help from Tpd Topeka Police Dept, Frank
Carlson Federal Building FBI Investigation Because when
I ask fon Information fon the Federal Bureau of
investigation Multipul time I was Contidded to
be given Frank carlson Federal Building in Topeka
Kansas, waiting Many time untill, I was able to
get the Federal Bureau of Investigation Addres to
give Information to them About the human Indoced
psychosis, of AN Act of AN Employer of Social Media
companies, which I called Sound Bearing At the time,
A Cyber Intelligent technology, that is ultrasound technology,
Emitter, technology, little Black Box, frequency transmitter
technology, AND Air technology AND Air pod Interview
technology which Emitter Are Control with Instruction.
By the Technology scientist that Eject the Emitter
to it targeted destination, that can be premeditated
By the Sound Bearer, who has Instructed the Emitter, link
to humans which can be in Radio waves on Wifi technology, with
A wifi transmitter given destination codes to
Building, Rooms, Prison cells, cars, Plands   Hotel Room
that Are Not suppose to be in that Dwelling wifi
its a hack Act of AN Artificial Intelligent that
can Hack Human frequency which is A human Induced
psychosis, that can cause Mental Health and self harm
And suicide. Sound Bearing has Been Deministrated
with witnesses of A Pod cast of Skeptic guide to the

MON  Dec 18 2023
3:25pm

UNIVERSE. In Pod Cast 802  45:11 second in to it, the Pod cast talk about Sound Beaming, And How it is Done And they Have Seen the Dimistration of the psychosis it can cause to A person that is link to the Intelligent of the Antifical creation of Sound Beaming, And Made to hear voices And Noises. During the Information that was being gived By the Pod cast. A Host of the science and technology Pod cast, A female of four Host. witness the Act And procedure, and the step it took to proceed the psychosis of Sound Beaming. Which is A Antifical Intelligence that use a computer to link the Act And Instruction of the Emitter to the Human. to be Able to hear the Sound And voices, also Noises that can be transmitted By a transmitter of a wifi technology. Remember Emitter are Ejected By A controller which mean the Decision to Eject the Emitter is thought About and can be premeditated With intent to cause Mental Psychosis And Damage or should I say cause mental Health issues. The Antifical Intelligent is a Device that target the Human Brain And perception. The Antifical Intelligent of Sound Beaming can Become addictive And a tool to control, stalking, Harrassment, Bullying And leading, acts of persuasive Emitter, which control the voices. It can lead a person into belief, criminal act of abroad. and suicide and self harm.  I've Been A Victim

MON Dec 18 2023
2:40 pm
(9)

And Communicated With News Such As KCstar
USA Today News And government Agencies, About How
I Have Been exposed to a psychosis of An
Artifical Intelligence which I have call Sound Beaming,
for 3 year to Topeka FBI. I've also Told them
its a human Induced psychosis a cyber Intelligent technology
that can be used for Recreational Homicide. There is
law that say Assistance and Influenced to Suicide can
be Murder. My civil suite will show fact with
Support of all statements. Witness Will verify their
Contract with the Information that is Being talk
About. Will Facebook Instagram Meta And twitter
allow Sound Beaming An Artifical Intelligent
Be the cause Cause of My Mental Health from
Emitter technology By a Control and targeted Act.
By a Personel of them Company Executive Board.
there Are witnesses to the Antifical Intelligent in
this Company's of twitter that have heard and
seen the Act of the Antifical Intelligent of
Sound Beaming. My Brain is My Antonti
Anonymity. Sound beaming has Been seen By many
Of social media Companies. there is Another Antifical
Intelligent that is causing Mental health. Broadband
Wich is Emitter technology And a wifi Branch off.
Michael Allaris Name has Been Heard in this Antifical
Intelligent of Sound Beaming Multipul time saying Im
Writing Topeka FBI. twitter is also need cause Different

Mon Dec 18 2023
5:22pm
(10)

year Day and times. Information is being exposed of the same thing being said. the Pattern is showing ways of Hopelessness, And Helplessness. They want the victim to give up. And they Have told Michael Allen me to kill myself or I will be killed Yola is A witness Just like the whistle that Michael Allen use to show Im still in wifi And Frequency of the Hack KS. Dept of Corr. Tik Tok has been Brought up As A Topic in Sound beaming And Broadband wifi & Frequency the Artificial Intelligent of Emitter technology. Im A whistle Blower you will hear me in Social Media Frequency, And wifi, And Broadband whistling with My Hands. Im the loud whistle in Sound Beaming. The hidden victim in social media Frequency of Instagram once Facebook Tik Tok and Meta. Wifi is the Base of Emitter technology that links to Human Frequency. Secretary of Corr of Kansas And Mental Health is Avenue of witness of My Mental Health, Because of the wifi And Wifi transmitter of Emitter technology. that is A fact that can be link to human Frequency. Radio wave is a Componet that has made were A human can be Computerized Sound Beaming Hose A graphic Image to it. Ventual reality has Emitten technology in it to help Computerize graphic Images. Cyber technology is An Artificial technolor that help Computerize

Dec 2023 19                                (11)
                                        3 Slam et

Power sources Building Home And Dwelling And
the Human that is in Sound beaming. The Ant.f.cial
Intelligent is illegal. If there is no warning
Caution on policy Permitt to be used on Have
in a Technology Company on a Technology tech to have
or by a
Only Technology scientis, Artifical Intelligent HAS to
Have Information of Caution, A warning, And A
Policy Permitt to be used by A human or on
A human. Art.f.cial Intelligent, can Be illegally
used. The Sound beamen is causing A human induced
psychosis on me, causing A psychosis of voices
And Sound, And have cause Mental health issues.
And have cause thoughts, And Influenced of Suicide.
to Michael Allen. Have Had to be put in crisis
Because of thought of Suicide And Attempt of Suicide
Art.f.cal Intelligent have Been Reported Multipel
year before the Attempt to Suicide. I spoke
to Many different Mental health providers. Then
took it futher when I started being call
A child molester, a Homosexval, a sexual Deviant
A meth head, And Henning the Sound beamen of the
Antifical Intelligent call Me a bitch ass Nigga, And
being told to kill Myself, on I will be killed.
There Have Been other things that has proved
that the Illegal Sound Beamen of Artifical
Intelligent of A Social Media Company of
Face book meta And Instagram Have tamper with

Dec 19 2023 (12)
4:53 pm

My Profile pages of Elk.m Dimond, Dro the Darken And Dro Dimond, Because Social media is still Sound Beaming Me As I write My civil suite. And I keep Hearing I will Never get out of Prison which is A opinionated statement. There is a time line of the illegal Antifical Intelligent. Kansas Dept of Corr. Implemented the tablet program, which required w.fi. As A Foundation to transmitt the program in the tablet. This is A Emitten technology that has been Ejected into the prison of Kansas Dept of connection. Scince the Artifical Intelligent has been in the prison system I have Been expose to Sound Beaming as a tangeted victim who started Hearing Sound And voices And became Mentally Disfunctional in Emotion, Anger, Frustration, Attention, Communicating to self and others, And Have thought Suicide thought And Have Attempted Suicide. There are Mental Health Provider of this Prison System who have Watch Me Michael Allen Deteriorate Mentally, to Become Frustrated, cry, and condition of Health Mentally Become Impaired in quality. Needing Help And observation of crisis to become stable. The Human Induced psychosis of Emitten technology that has been link to Me is Becoming A Burden Sometime A load that is causing Worry and Suicide thought. The Antifical Intelligent of Social media is using Emitter technology Sound Beaming as a weapon putting victim held and

Tue. Dec 19
2023 5:27 pm

⑬

harbored persistently in the mind in the Companies Frequency and wifi AND in the Hacked Dwelling of the victim. I have Diligently seek Information, Help, and assistance to Expose that Social Media is the Artifical Intelligence that is causing Mental health to me threw Antifical Intelligence of Sound Beaming. I've told FBI I've Been call child molester, a Homosexual, and told that My Family and Me will be Killed or get killed If I dont kill Myself. I've had Intelligent Conversation did music AND have said leave me alone in Facebook, twitter, And meta, And Instagram Friquency and wifi And Ive ask FBI to check them Archives of tamper with Profile pages of Mine. My life My Mental health AND Future is At stack. Ive wrote Kansas city Star, Meta Has move to Kansas City Side Investigation. Facebook HAS been wrote by me in a Notoriced letter given to Tpd of Topeka Kansas to be My witness that Ive did what it take to ask Facebook to do AND Investigation inside them Company. I will ask the FBI to go into Social Media with this Investigation Cause there are witnesses to the Antifical Intelligence of Emitten technology AN Illegal act of technology of a Computer structure, which has phone and laptop And PC involved in the Antifical Intelligent of Emitten technology, and is used by wifi transmitter, Cable, Radiowaves

Dec 19 2023 Tue
6:01 pm
(14.)

And Even other compusie Hack Frequences, and Personal Homes of citizen of this country on being used to help Cause Human Induced psychosis to people like me which is help Hide the Antifical Intelligence of Sound Beaming By Making Diffrent with Code on Hack Frequency and wifi and linking that with Code to Human Frequences to cause Human Induced psychosis. Ive Dode of 400 to 500 song under Michael Allen Mood Music. Antist Name Mike Dro Al. Ive Informed government Agences about Social Media putting out My music and the Prison toLet the most truthful Evidence ARtifical Intalligont Has to Have A warning A Caution and a Policy Permitt to Prove it has Not Intent on will be able to do harm to humans and Can Not Computerics A human on cause Human Induced psychosis, on Cause assistance and Influence to Suicide, And Cause Inhuman Tanture, Modern day slavery, by Holding and hardening the mind id Frequency on wifi. Its unConstitutional Infringment on A citizen personal life, life style, Brain, And Mental health, on mind, on be Able to spy And cause Anxonity. to be Braich And cause Defamation of character To the victim that has Been Tangeted and linke to Sound Beaming By A Sound Beamer. Who has Not Been approved By Police Permitt

FRI 6:00 pm

The proof of the illegal Antificial Intelligence
of Emitten technology is A commenceal of a company
to a public service. That take there company
Integrity Second to None. And public service
As a true component to the success of Dominos
Pizza. The technology is in the commenceal
Advertisment stating "onder with your mind" Dominos
New to the technology took the Information as
Another successful way to promote there product,
And tray the technology with Integrity to
the Brand. Proud of the Product that is
Making the company Successful. It was Advertised
And caught Many People Intrest. It didn't last
long because the Customer is always right, And
The company got wind of what the technology could
do. And Made it deceased to the public, For
the Safety and Integrity of Dominos, And the Customer
"onder with your Mind" will show with
Dominos Support of the technology, that it is
Not a human safety Advetisement. And Push on
With out Fault and told the promoter of the
advetisment that it ~~would~~ would No longer
Need the service do to the Fact that
Dominos will Express when ask to be a
witness to this Civil Suite. That thats
a technology that May; can a will Impose
a human Induced psychosis if it continued, Its

Service. There is Fact in My Affidavit of Artificial Intelligent that Emitter technology is Not Healthy for humans and there Mental health

Thank you Dominos for your support to the health of or Community And your customers Mental health and life style.

Sincerly

Michael Allen

Michael Allen

No Such Structure in Federal Building it was all Information about Illegal Artificial Intelligence of Sound Beaming and How they hack wifi in Secretary of Corr of Kansas. Jail Topeka made it to Frank Carlson Federal Building it was all Information about Illegal Artificial Add that it was Social media who told me who it was by choice. Facebook meta Instagram Twitter. FBI of Topeka was Informed in 2021 that Social media was Causing Human Induced psychosis by way of Sound beaming, that was Causing me to have Suicide thought and I even Attempted self harm. The Illegal Antifical Intelligence has side Affect it cause Mental Deterioration untill victim is mentally Destroyed. I address the Notarized letter to V.P. Monika Brickett who would be a witness If Tpd sent the Notarized letter to 1 Hackenway, Facebook Address in California. Wich Made her apart of this Affidavitt of Social media Sound beaming was Address Correctly by michael Allen. So, Facebook was given a Notice. They knew That Michael Allen was The one who wrote The Notarized letter From Topeka KS. I still owe Shawnee County Jail 5$ for the Notary. And the Receipt I still owe which is the Receipt of the Notary. Its Evidence! I was sent Back To Prison once back in Hutch-inson Conn. I wrote Frank carlson federal Building From Hutchinson conn Facility. The mail went thraw Hutchinson Post office, and a mail handler put A disi postal sticker on the letter that 444 SE Quincy St on the letter is Not Deliverable as Addressed. This is an Act of a master mind to hide that Social media is trying to who hide the Information that michael Allen me was Informing as a witness that was Being Exposed to an Illegal Act of human Induced psychosis, me should I say Im still being Exposed. Social media is using Illegal Antifical Intelligence of Sound Beaming to Spy! on Frank carlson federal Building, Topeka FBI, USA Today, Kansas City FBI, Kansas City Star News Company, Columbia Police Dept and Investigator, News PBS Kansas City Public Broadcasting station who showed the Documentary of Elon Musk Take over of Twitter. They spoke of what michael Allen had been saying Since 2021, I Told FBI of Topeka they are calling me Homosexual, child molester to Cause Hopelessness. Sexual Deviants And telling me I will Never get out of prison. There is Fact of Sound Beaming By Excutive Board of social media!

A. There was a Domino Pizza Commercial That Didn't Advertise that long because it = was Illegal Antifical Intelligence use in how to order your Pizza. That Fact! That There was wifi Involved and There was human Induced psychosis caused by the commercial and who Brought that Idea to the Domino pizza company Will have to be Brought to the FBI and Tell how he knew about the Illegal Antifical Intelligence of Emitter Technology. The Commercial Information is to Never Be Brought up untill this Civil Suite. Domino Pizza and PBS Kansas City! Recording of Elon musk Talk over of Twitter is under the same oath. Elon music Talk over of twitter was Showed in 2023 oct The Day of Bet Hip Hop Awards

2 B. All mail that has Been Tamper with will show that Michael Allen is Being listed too And (Targeted By Emitter with Instruction that can listed to your Mind listed to your voice. Facts Domino's Commercial Advertisit (order with your mind.) That mean that your cellphone or Tablet Have listening Emitter in them And Emitter can be link to human that mean they Targeted the whole vs or they were putting Emitter in the Minds of All Citizen of or Country. In the course of Communicating with Topeka FBI. I retained Confiamation over 70 or 80 time that staff seen and sigh off that Allen, michael is sending Information to E.A.I. Investigator in Prison that mail has been Tamper with leaving secretary of Conn. → Kansas Dept of Conn. going to Topeka FBI Frank carlson federal Building EAI is witness

Jeff Bezo of the Amazon that will Be determand threw his assosiation with social media. Mark & Michael Zuckerby brought his name up multi.put t.mes. I dont know why. I told Topeka FBI for his safety. I don't understand why Mark & mike Zuckerby keep saying Jeff Bezo I just made sure for his safty. Everything that I'm saying is what has happened since I've been in the Illegal A.I. of Sound Beaming An Illegal Antifical Intelligence. Those are facts and hand proof Evidence. It April 13 2024 Im still being Sound beamed. I Attempted suicide oct 17 2023. After telling Topeka FBI that social media is Causing human Induced psychosis with Intent to cause the victim to committ murder, get murder And or cause the victim they chose to committ Suicide, By assisstance And Influence. Sound Beaming is an Illegal A.I. That was Created And given Instruction to cause psychosis by a human to Another human with out Policy Permitt, A Caution, A warning, or government Regulation for a human to use on Another human, It is Illegal and has Side Effects that can cause human Death. like I said Im still being Sound Beamed. which is Emitten technology That is Illegal cause it can be hurtl to a human ears & mind By Radio waves. Topeka FBI has been wrote since march of 2021. I wrote two Federal Distord of kansas Judges one of Frank carlson Federal Building And Bob dole Federal Court House. I've Sent Fact and Information to Tpd first then I standed writing Frank carlson Federal Building. I wrote Tpd a notorized letter to Facebook letting the Company know that there is An Employee of Facebook Meta by Facebook Instagram And twitter that there is something going on in them Company that is Not Policy Regulated. I wrote Federal Judge Kathaynn Vratil of kansas And Judge Julie A Robinson. Another Federal Judge of kansas. Informing that I've been Asking for help from Topeka FBI Telling Them Social media is using Illegal A.I. That cause the victim to have thought of Suicide, committ self harm And if not Suicide. I've been saying this Since 2021. Feb of 2024 Mark Zuckerby of Facebook & meta by Facebook And other Social media Representives was on Capital Hill being told that there Company is Causing People to committ self harm And suicide by the Illegal Antifical Intelligence of Sound Beaming Emitten technology that is Illegal to use on human. Tpd witness from 2021 Frank carlson Federal Building F B I Investigation Are witnesses Since 2021 And Topeka FBI Are witnesses Since 2021. I've wrote kcmo FBI About Social media kansas city star And USA today New. With No help From No one. That why I wrote the Federal Judges To make sure there is Authority And Service to get Information on why michael Allen who has Not gotten A Restraining order And protection order against Social media After asking over 8 time to Topeka FBI. I michael Allen ask in 2022 for a Restraining order And protection order Against Social media. Topeka Police Dept will show And Topeka FBI will show All Evidence that Michael Allen Me knew that He was Being Exposed to an human Induced psychosis. That was And is an Illegal. That is given Programed statement, And is Control by a person. Sound Beaming Dont pick the victim. The person sound Beaming pick the victim. The Excutive Board of All Social media will be under oath. Mark Zuckerby Admitted to Capital Hill by Apologizing to the victim family in 2024 Everything Im saying is an Affidavitt of oath And truth from being Exposed to the Illegal A.I. of Sound Beaming By Social media. I would have Never knew If Mark & Mike didn't try to lie on each other.

UNDER OATH   Supporting Facts of Harrassment (1.)
Civil Suite

1. Tablet program started in KANSAS Dept of Corr. late 2018 early 201?

A. Wifi was Implemented in the Prison

B. I started hearing Sound And voices   E. started Writing in 2021
                                          Topeka Tpd   Frank Carlson
C. Told Mental health Counseler          Topeka FBI   federal Build
                                                      F. JA E. Hooven
D. was Being called child molester, called out My Name Homosexual 2023
like B%.#@* ASS N word And the voices were Making opinionated
choices, like Kill yourself, Telling Me to throw My Appeal Away,
Telling Me Dont Nobody care about you. All Hopeless and Helpless
tactics.

E. WAS Told who they where by there choice Michael Zuckerbz E.
MANK Zuckerbz

2. Topeka Tpd witness to the Fact that I wrote Facebook 4/12/2021
A Notarized letter that there was Illegal Activity of Sound Beaming
An Illegal Antificial Intelligence of Emitter technology, goings on in Company.

3. I WAS in Shawnee County Jail on My Appeal communicating with
staff And mental Health Telling them what I was being told, Sound beamed
I asked Custody officer to give Me the Address to Topeka FBI I chose
Topeka Because I was Being Exposed to the Illegal Antificial Intelligence
of Sound Beaming in the County Jail of Shawnee County 501 SE 8th Street
Topeka ks 66607. Everytime the Pod officer look up the Federal Bureau of
Investigation of Topeka They kept getting Frank carlson Federal Building
444 SE Quincy Street Topeka KS. I started Writing Frank carlson Federal
Building FBI Investigators, speaking only about what I was Hearing
And who it was, continue to hear MANK Zuckebg And Michael Zucklbg.
Facebook And Instagram came up sometimes twittege, Then I explain
That I was Being Sound Beamed in Prison Hutchinson And Lansing and
in Shawnee County Jail. Then Sent Back to K-Doc KANSAS Dept. of Corr, re.
There is believe that Federal Bureau of Investigation of Topeka web Site
Address was being changed, And Mack. I continue to write about Me
being Exposed to the Act of the Illegal Antificial Intelligence of Sound beaming
By Social media from Prison to County Jail Back to prison. Then My Access
to The United State Postal Service in KCMO was Tampen with in
2021 DAte July 2 2021  July 22 2021  JUN 29 2021  Jun 29 2021 All letter Address
To Federal Building FBI Investigation in Topeka KS. Address 444 SE Quincy Street
Topeka KS. 66683 All Topics was about Social media Facebook Instagram Meta
And twitter. I New that I was being given the wrong Address to Topeka FBI.
Investigated further, And found the Right Address to Topeka Federal Bureau of
Investigation. 515 S Kansas Ave Ste 400 Topeka KS 66603 I letter to Topeka
FBI was Tampen with in kansas city mo. Post office All letter stating →
444 SE Quincy St Federal Building And Topek FBI Addres Wikie sticker Say.JG

More Supporting Facts of Harassment

1. My Right to My Anonymity. Sound beaming the Illegal A.I. of Emotten Technology can tap into your mind. And get Information of your Private Rights. I wrote michael Allen law abot Technology Command using Human Induced psychosis.

2. The NCAA Commissioner of the Bracket march madness Tournoment of 2021 And who came

3. I Sent A Notoriced letter to Topeka Police dept 2021 for Witnesses that Michael Allen was taking the Right Step to Inform the President and CEO of facebook Meta by facebook Meta Instagram & twitter.

4. I have wrote Frank coulson federal Building And Topeka FBI with over 70 or 80 Confermation Receipt on form 9 that have staff signiture of Kansas Dept of Corr. that give Fact And proof Evidence that Ive been Writing FBI, USA Today News, KC stars

5. Everybody that I wrote I told FBI that Social media Sound Beaming them Washington FBI in 2023 Kc mo FBI Colonbia mo police Dept Topeka FBI, USA Today News, Kansas city Stan News; The Facts Are I have no family or friend I write or call. Ive been lock up 8 years Have Not Wrote Nobody But Topeka FBI, USA Today News Kc mo FBI, Kansas City Stan News And Tru Unit Counslons listen to me say it was social media And Milk And mark Zuckerby Sound beamin Me. in 2012 All Counslon of Tru unit & I Never Type Any of My letter I say this because

Social media is the only Topic With Michael Zuckerby And mark Zuckerby in All My letter Since 2021 And I dont Know How My Name become So Important in Kc mo post offic Mail tamper With in 2021 and 2022 4 time in Kc mo post office and twice in Wichita post office in 2024 And 2021 July 22 2021 And Mail to Kansas city star News Was Tamper with in lnusing Conn Facility in 2023 With the letter showing it was sliced open And then Taped back With Envolope Saying 48 Cent is due All Information about Illegal A.